NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                    Criminal Number  **1:23-mj-122**

**Kenneth Wayne Fuller**
(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA           ☐ RETAINED           ☒ FEDERAL PUBLIC DEFENDER

*/s/ Heather Quick*
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**Heather R. Quick**
(Attorney & Bar ID Number)
Federal Public Defender's Office
(Firm Name)
**222 Third Avenue SE, Suite 290**
(Street Address)
**Cedar Rapids, IA 52401**
(City)          (State)          (Zip)
319-363-9540; heather_quick@fd.org
(Telephone Number)